JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERINE DOUNCE, | ) | Case No. CV 18-2154 FMO (RAOx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ALLIED COLLECTION SERVICES, INC., | ) | |
| Defendant. | ) | |

Pursuant to plaintiff's notice of Acceptance of Defendant's Rule 68 Offer of Judgment to Plaintiff (Dkt. 26), IT IS ADJUDGED THAT:

1. Judgment shall be entered in the total sum of Seven Thousand Dollars and Zero Cents ($7,000.00), which sum shall include all alleged damages and costs and attorneys fees otherwise recoverable in this action through the date of the offer of judgment.

2. The Judgment is the total settlement of any and all claims alleged by plaintiff in the Complaint.

3. This action is **dismissed with prejudice**.

Dated this 30th day of July, 2018.

                                                                     /s/
                                        Fernando M. Olguin
                                    United States District Judge